Certification of Judgment (AO 451 Rev - SDNY 5/25/06)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ZIM AMERICAN INTERGRATED SHIPPING
SERVICES , INC.,

               Plaintiff,

-and-

**IBRAHIM BABAJIDE ALLI**

               Defendants.
------------------------------------------------------------X

FILED
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 CIVIL 0977 (LLS)**
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

**08CV3036**
**JUDGE NORGLE**
**MAG. JUDGE BROWN**

    I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on Apr 8 2008 as it appears in the records of this court, and that:

☒    No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐    No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐    An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐    An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

May 19, 2008

                           J. Michael McMahon

                           Clerk

                           (By) Deputy Clerk

2-751170
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

    - against -

IBRAHIM BABAJIDE ALLI,

              Defendant.
---------------------------------------------------------X

08 CIV. 977 (LLS)

DEFAULT JUDGMENT

#08 0565

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant IBRAHIM BABAJIDE ALLI on February 14, 2008 by personal service on Ruby Babajide Alli, a relative and a person of suitable age and discretion, and by mailing to defendant that same date, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

    ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant IBRAHIM BABJIDE ALLI in the liquidated amount of $4,548.00, with interest at 6% from September 30, 2007 amounting to $133.08, plus the costs and disbursements of this action in the amount of $565.00, amounting in all to $5,246.08.

Dated: New York, New York
       March____, 2008
       April 8, 2008

                                      Louis L. Stanton
                                            U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK

BY _____
    DEPUTY CLERK

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 4/8/08